IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| GLENN FLOYD SMITH, #851176 § | |
| § | |
| v.   § | CIVIL ACTION NO. G-02-869 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| OF TDCJ-CID § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on February 2, 2006, to which Petitioner has promptly filed his Objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court is of the opinion that the Objections do not alter the Magistrate Judge's conclusions and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that Petitioner's Motion for Summary Judgment (Instrument No. 26) is **DENIED** and that the Petition for a Writ of Habeas Corpus of Glenn Floyd Smith is **DISMISSED**.

**DONE** at Galveston, Texas this 27th day of February, 2006.

_____
Samuel B. Kent
United States District Judge